DOUGLAS L. RAPPAPORT (SBN 136194)
MICHELLE M. THOMSON (SBN 193658)
Attorneys at Law
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
EDITH F. SQUILLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>EDITH F. SQUILLACE,<br><br>                Defendant. | No. CR-09-00695 DLJ<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS HEARING**<br><br>Hearing Date: September 18, 2009<br>Requested Date: October 23, 2009 |

   The above-captioned matter is set on September 18, 2009 before this Court for a status hearing. The parties jointly request that this Court continue the matter to October 23, 2009 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between the date of this stipulation and October 23, 2009.

   On July 8, 2009, the Grand Jury indicted Ms. Squillace for attempted extortion by a federal employee under color and pretense of office, in violation of 18 U.S.C. § 872. The current status of the case is that the government has produced approximately 2000 pages of discovery and the defense is still reviewing and processing the information provided. The defense requires additional time to review the documents, conduct an investigation, determine the estimated Guidelines calculation and to determine whether or not there will be a negotiated disposition of the case. In addition, Mr. Rappaport is out of the office on a pre-planned vacation

Stip to Continue, 09-00695 DLJ

1 and will not return until October 1, 2009.  In addition, he has previously scheduled court
2 appearances in San Francisco County on October 2nd, 9th and 16th, 2009.
3     The requested continuance will allow continuity of counsel and a reasonable time for the
4 defense to complete its review of the discovery, to investigate the underlying facts of the case,
5 and to obtain and review additional records, if necessary.  The parties agree that the failure to
6 grant this continuance would unreasonably deny counsel for defendant the reasonable time
7 necessary for effective preparation, taking into account the exercise of due diligence.  The parties
8 further stipulate and agree that the time from September 18, 2009 to October 23, 2009, should be
9 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)
10 and (B)(iv) for effective preparation of counsel.

12 September 16, 2009                    /s/
                                     DEBORAH DOUGLAS
13                                      Assistant United States Attorney

14
September 16, 2009                    /s/
15                                      DOUGLAS L. RAPPAPORT
                                     Attorney for Defendant

16
17
18
19
20
21
22
23
24
25
26

1 **ORDER**

2  Based on the reasons provided in the stipulation of the parties above, the Court hereby
3 finds that the ends of justice served by the continuance requested herein outweigh the best
4 interest of the public and defendant in a speedy trial because the failure to grant the continuance
5 would deny defendant continuity of counsel and counsel for defendant the reasonable time
6 necessary for effective preparation, taking into account the exercise of due diligence.  The Court
7 makes this finding for continuity of counsel and because defense counsel needs time to review
8 the discovery and to conduct an investigation, which is necessary for the defense preparation of
9 the case.

10  Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of
11 September 18, 2009 is continued to October 23, 2009 at 9:00 a.m.  It is FURTHER ORDERED
12 that time is excluded from September 18, 2009 to October 23, 2009 pursuant to 18 U.S.C. §§
13 3161(h)(7)(A) and (B)(iv).

14  IT IS SO ORDERED.

16  September 21, 2009
 Date                                              HON. D. LOWELL JENSEN
17                                                  Senior United States District Judge