1  DOUGLAS L. RAPPAPORT (SBN 136194)
   Law Offices of Douglas Rappaport
2  260 California Street, Suite 1002
   San Francisco, CA 94111
3  (415) 989-7900

4  Attorney for Defendant
   **EDITH F. SQUILLACE**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-00695 DLJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS HEARING** |
| v. | ) | |
| | ) | Hearing Date: December 18, 2009 |
| EDITH F. SQUILLACE, | ) | Requested Date: February 5, 2010 |
| Defendant. | ) | |

The above-captioned matter is set on December 18, 2009 before this Court for a status hearing. The parties jointly request that this Court continue the matter to February 5, 2010 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), from December 18, 2009 through February 5, 2010.

On July 8, 2009, the Grand Jury indicted Ms. Squillace for attempted extortion by a federal employee under color and pretense of office, in violation of 18 U.S.C. § 872. The current status of the case is that the defense has obtained an order from this Court, under seal, to issue a FRCrP 17 subpoena, has issued said subpoena, and is awaiting compliance by the custodian(s) of record. The defense requires additional time to receive any responsive documents, conduct an investigation, and to determine whether or not there will be a negotiated disposition of the case. In addition, Mr. Rappaport will be out of the office due to a minor surgery from December 17, 2009 until December 21, 2009. Mr. Rappaport also has pre-set court

Stip to Continue, 09-00695 DLJ

appearances in Sacramento, San Mateo and San Francisco on January 8, 15, 22, and 29, 2010.

      The requested continuance will allow continuity of counsel and a reasonable time for the defense to conduct necessary investigation and to obtain and review relevant records.  The parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties further stipulate and agree that the time from December 18, 2009 to February 5, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of counsel.

December 15, 2009                                /s/
                                                                DEBORAH DOUGLAS
                                                                Assistant United States Attorney

December 15, 2009                                /s/
                                                                DOUGLAS L. RAPPAPORT
                                                                Attorney for Defendant

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and defendant in a speedy trial because the failure to grant the continuance would deny defendant continuity of counsel and counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding for continuity of counsel and because defense counsel needs time to obtain and review subpoenaed records and to conduct an investigation, which is necessary for the defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of December 18, 2009 is continued to February 5, 2010 at 9:00 a.m.  It is FURTHER ORDERED that time is excluded from December 18, 2009 to February 5, 2010 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

   December 16, 2009
Date

HON. D. LOWELL JENSEN
Senior United States District Judge