1  DOUGLAS L. RAPPAPORT (SBN 136194)
   Law Offices of Douglas Rappaport
2  260 California Street, Suite 1002
   San Francisco, CA 94111
3  (415) 989-7900

4  Attorney for Defendant
   **EDITH F. SQUILLACE**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00695 DLJ |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE AND FILING DATES FOR MOTIONS IN LIMINE, JURY INSTRUCTIONS AND OTHER PRE-TRIAL DOCUMENTS** |
| v. | |
| EDITH F. SQUILLACE, | |
| Defendant. | Motions Date:    August 6, 2010<br>Opposition Date: August 13, 2010<br>Conference Date: August 20, 2010<br><br>Requested Dates: August 13, 2010<br>                 August 20, 2010<br>                 August 27, 2010 |

The above-captioned matter is set on August 20, 2010 before this Court for a pretrial conference. Defense counsel requests, with the government's consent, that this Court continue the pretrial conference in this matter to August 27, 2010 at 11:00 a.m. The Court has already excluded time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through the trial date of October 4, 2010. Defense counsel further requests, with the government's consent, that the Court continue the date for the filing and service of in limine motions from August 6, 2010 to August 13, 2010, and continue the date for filing and service of oppositions to motions in limine, proposed jury

Stip to Continue, 09-00695 DLJ

1  instructions, voir dire questions, and other pre-trial documents from August 13, 2010 to August 20,
2  2010.

3  On July 8, 2009, the Grand Jury indicted Ms. Squillace for attempted extortion by a federal
4  employee under color and pretense of office, in violation of 18 U.S.C. § 872.  The current status of
5  the case is that the matter is set for trial on October 4, 2010, for pretrial conference on August 20,
6  2010, with a motions filing date of August 6, 2010, a motions opposition date of August 13, 2010,
7  and proposed jury instructions, voir dire questions, and other pre-trial documents due on August 17,
8  2010 (three days before the pre-trial conference).

9  Ms. Squillace's husband of 18 years, Paul, has chronic liver failure and has been given a
10 terminal diagnosis by his physician. Paul was taken to the emergency room last week; his worsening
11 condition has caused Ms. Squillace significant emotional stress, resulting in defense counsel's
12 inability to communicate effectively with her regarding the factual basis of the defense in limine
13 motions. Thus, the parties have agreed to a short continuance so that defense counsel may have
14 additional time to communicate with and advise Ms. Squillace.

15 The requested continuance will allow continuity of counsel and a reasonable time for the
16 defense to communicate with Ms. Squillace and advise her of the substance of the motions to be
17 filed on her behalf.  The parties agree that the failure to grant this continuance would unreasonably
18 deny counsel for defendant the reasonable time necessary for effective preparation, taking into
19 account the exercise of due diligence.  The parties further agree that the Court has previously
20 excluded time through the currently set trial date of October 4, 2010 in accordance with the
21 provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation
22 of counsel.

23
24 August 5, 2010                             /s/
                                            DEBORAH DOUGLAS
                                            Assistant United States Attorney
25

26 August 5, 2010                             /s/

Stip to Continue, 09-00695 DLJ                   2

1 | DOUGLAS L. RAPPAPORT
Attorney for Defendant

2

3 | **ORDER**

4 | Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY

5 | ORDERED THAT the pretrial conference date of August 20, 2010 is continued to August 27, 2010

6 | at 11:00 a.m. It is FURTHER ORDERED that the date for the filing and service of in limine

7 | motions is continued from August 6, 2010 to August 13, 2010. It is FURTHER ORDERED that the

8 | date for filing and service of oppositions to motions in limine, the trial memorandum, witness list,

9 | proposed jury instructions, verdict form, voir dire questions, and exhibits, as applicable to each

10 | party, is continued from August 13, 2010 to August 20, 2010.

11 | Pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), this Court has previously excluded time

12 | through the trial date of October 4, 2010.

13 | IT IS SO ORDERED.

14

15 |  August 6, 2010
Date

16 | HON. D. LOWELL JENSEN
United States District Judge

17

18

19

20

21

22

23

24

25

26

Stip to Continue, 09-00695 DLJ                         3